IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 04-2148 (HHK) |
| JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE

This Notice is in response to the Court's December 20, 2004 Order directing the parties to indicate whether they object or consent to a consolidation of the hearing on the motion for a preliminary injunction with a trial on the merits of this action. Because the case is fully briefed and there exist no disputed facts that will affect the outcome of the case, plaintiff hereby consents to a consolidation of the preliminary injunction hearing with a trial on the merits.

                                                    Respectfully submitted,

                                                    /s/   James L. Feldesman
                                                    James L. Feldesman (D.C. Bar No. 023796)
                                                    Kathy S. Ghiladi (D.C. Bar No. 435484)
                                                    Robert A. Graham (D.C. Bar No. 450345)
                                                    Grace B. Culley (D.C. Bar No. 486713)
                                                    Feldesman Tucker Leifer Fidell LLP
                                                    2001 L Street, N.W. 2nd Floor
                                                    Washington, D.C. 20036
                                                    (202) 466-8960 (telephone)
                                                    (202) 293-8103 (facsimile)

                                                    *Attorneys for Plaintiff*

Date: December 28, 2004

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of December, 2004, I caused a true copy of the foregoing Notice to be served on Defendants' counsel of record electronically by means of this Court's ECF system.

/s/ James L. Feldesman
James L. Feldesman