# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION, INC.,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALBERTO GONZALES, et al.,<br>　　　　Defendants<br>　　　　and<br>CHRISTIAN MEDICAL ASSOCIATION AND THE AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS<br>　　　　Defendant Intervenors | Civil Action 04-02148 (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 28th day of September, 2005 hereby

**ORDERED and ADJUDGED** that judgment is entered in favor of the defendants.


Henry H. Kennedy, Jr.
United States District Judge